## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

| | | |
|---|---|---|
| Jared Lee, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:22-cv-0185 |
| City of Midland, et al., | § § | |
| Defendants. | § § § § | |

### In the Matter of the Designation of a Magistrate Judge for Service in Another District

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to exigencies created by recusals of all judges in the Western District of Texas, a magistrate judge from the Northern District of Texas is needed to be available for tasks in the above-titled case as the presiding judge in the case may assign or refer to him. The presiding judge in the case, Judge Barbara M.G. Lynn, has selected United States Magistrate Judge D. Gordon Bryant, Jr., in the Lubbock Division of the Northern District of Texas to serve.

As required by statute, and without involvement in the selection of Judge Bryant, this court certifies the need for assistance from U.S. Magistrate Judge D. Gordon Bryant, Jr., from September 30, 2022, to September 30, 2023, or during the pendency of the above-captioned case. The assignment may continue for such further time as may be required for the judge to complete unfinished business that was assigned to the judge.

**THEREFORE, IT IS ORDERED**, with the concurrence of the Honorable David C. Godbey, Chief Judge of the Northern District of Texas, that United States Magistrate D. Gordon Bryant, Jr. is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), on an as needed basis, in the Western District of Texas for a period from September 30, 2022, to September 30, 2023. or during the pendency of the case.

Dated this 23 day of September 2022

_____
The Honorable Orlando L. Garcia,
Chief U.S. District Judge,
Western District of Texas