IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JARED LEE, DANA ELLIS, | § | |
| MATTHEW COUNTS, | § | |
| GREGORY MCCLENDON, and | § | |
| BARRY RUSSELL, | § | |
| | § | Civil Action No. 7:22-cv-185 |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| CITY OF MIDLAND, JENNIE | § | |
| ALONZO, ROSEMARY SHARP, and | § | |
| CAMILO FONSECA | § | |

<u>PROPOSED ORDER</u>

Defendant police officers Jennie Alonzo, Rosemary Sharp, and Camilo Fonseca, and

Defendant City of Midland, Texas, unopposed motion to extend time to file a responsive pleading

to Plaintiffs' Original Complaint is **GRANTED**. It is therefore;

**ORDERED** that the deadline for Defendants to file a responsive pleading to Plaintiffs'

Original Complaint is October 12, 2022.

**SIGNED** this ___ day of _____, 2022.


_____
BARBARA M.G. LYNN
UNITED STATES JUDGE