IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JARED LEE, DANA ELLIS, MATTHEW COUNTS, GREGORY MCCLENDON, and BARRY RUSSELL, § § § § § § v. § § CITY OF MIDLAND, JENNIE ALONZO, ROSEMARY SHARP, and CAMILO FONSECA § § § § | Civil Action No. 7:22-cv-185<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Please take notice that William S. Helfand, who is admitted to practice law in the United States District Court of the Western and Northern Districts of Texas, is entering an appearance on behalf of Defendants City of Midland, Texas, and police officers Jennie Alonzo, Rosemary Sharp, and Camilo Fonseca. William S. Helfand will serve as lead counsel and attorney-in-charge:

William S. Helfand
Texas State Bar Number: 09388250
Bill.Helfand@lewisbrisbois.com
24 Greenway Plaza, #1400
Houston, TX 77046
Telephone: (832) 460-4614
Facsimile: (713) 759-6830

Norman Ray Giles, who is admitted to practice law in the United States District Court of the Western and Northern Districts of Texas, also enters his appearance as additional counsel for Defendant Officers Jennie Alonzo, Rosemary Sharp, and Camilo Fonseca, and the City of Midland, Texas.

Norman Ray Giles
Texas Bar No. 24014084
Norman.Giles@lewisbrisbois.com
24 Greenway Plaza, #1400

Houston, TX 77046
Telephone: (832) 460-4637
Facsimile: (713) 759-6830

Randy Lopez, who is admitted to practice law in the United States District Court of the Western and Northern Districts of Texas, also enters his appearance as additional counsel for Defendant Officers Jennie Alonzo, Rosemary Sharp, and Camilo Fonseca, and the City of Midland, Texas.

Randy Edward Lopez
Texas Bar No. 24091829
Randy.Lopez@lewisbrisbois.com
24 Greenway Plaza, #1400
Houston, TX 77046
Telephone: (346) 241-4957
Facsimile: (713) 759-6830

Respectfully submitted,

*/s/ Norman Ray Giles*
William S. Helfand
Attorney-In-Charge
Texas Bar No. 09388250
Norman Ray Giles
Texas Bar No. 24014084
Randy Lopez
Texas Bar No. 24091829

OF COUNSEL:

LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (Fax)
Attorneys for Defendants

CERTIFICATE OF SERVICE

  I hereby certify that on October 3, 2022, I electronically filed the foregoing document using the CM/ECF system and that a copy of this filing has been forwarded to all counsel of record through and in accordance with the ECF local rules.

/s/ <u>*Norman Ray Giles*</u>