IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JARED LEE, DANA ELLIS, <br> MATTHEW COUNTS, <br> GREGORY MCCLENDON, and <br> BARRY RUSSELL, <br><br> v. <br><br> CITY OF MIDLAND, JENNIE <br> ALONZO, ROSEMARY SHARP, and <br> CAMILO FONSECA | § § § § § § § § § § § | Civil Action No. 7:22-cv-185 <br><br> JURY TRIAL DEMANDED |

### DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

Defendant police officers Jennie Alonzo, Rosemary Sharp, and Camilo Fonseca, and the City of Midland, Texas identify the following interested parties:

1. Jared Lee;
2. Dana Ellis;
3. Matthew Counts;
4. Gregory McClendon;
5. Barry Russell;
6. The City of Midland, Texas;
7. Officer Jennie Alonzo;
8. Officer Rosemary Sharp; and
9. Officer Camilo Fonseca.

Respectfully submitted,
/s/ *Norman Ray Giles*
William S. Helfand
Attorney-In-Charge
Texas Bar No. 09388250
Norman Ray Giles
Texas Bar No. 24014084
Randy E. Lopez
Texas Bar No. 24091829

OF COUNSEL:

4855-4596-3830.3

LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas  77046
(713) 659-6767
(713) 759-6830 (Fax)
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing document using the CM/ECF system and that a copy of this filing has been forwarded to all counsel of record through and in accordance with the ECF local rules.

/s/ *Norman Ray Giles*