IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JARED LEE, DANA ELLIS, <br> MATTHEW COUNTS, <br> GREGORY MCCLENDON, and <br> BARRY RUSSELL, <br><br> Plaintiffs, <br> v. <br><br> CITY OF MIDLAND, JENNIE <br> ALONZO, ROSEMARY SHARP, and <br> CAMILO FONSECA <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 7-22-cv-0185 <br><br> JURY DEMANDED |

**PLAINTIFFS' ADOPTION OF DEFENDANTS'
CERTIFICATE OF INTERESTED PARTIES**

Please take notice that Plaintiffs Jared Lee, Dana Ellis, Matthew Counts, Gregory McClendon, and Barry Russell concur in the accuracy of Defendants' previously filed Disclosure of Interested Parties and hereby adopt that certificate.

                                                      Respectfully submitted,

                                                      By: */s/ Russell Hardin, Jr.*
                                                          Russell Hardin, Jr..
                                                          *Attorney-in-Charge*
                                                          Texas State Bar No. 08972800

OF COUNSEL:

RUSTY HARDIN & ASSOCIATES, LLP
Lara Hollingsworth
Texas State Bar No. 00796790
John G. MacVane
Texas State Bar No. 24085444
Aisha Dennis
Texas State Bar No. 24128655
1401 McKinney Street, Suite 2250
Houston, Texas  77010

Telephone:  (713) 652-9000
Facsimile:  (713) 652-9800
Email:  rhardin@rustyhardin.com
Email:  lhollingsworth@rustyhardin.com
Email:  jmacvane@rustyhardin.com
Email:  adennis@rustyhardin.com

and

**LAW OFFICES OF JEFF PARRAS**

 */s/ Jeffrey Parras*
Jeffrey Parras
Texas State Bar No. 00792741
908 West Wall Street
Midland, Texas  79701
Telephone:  (432) 687-1606
Facsimile:  (432) 687-1607
Email:  jparras@parraslaw.net

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022 a true and correct copy of the above pleading filed via the CM/ECF system which served the document on all counsel of record.


 */s/ Aisha Dennis*
Aisha Dennis