Matt Friez <mattfriez@hotmail.com>  Thu, Jan 27, 2022 at 10:19 AM
To: Jared Lee <jlee@midlandchristianschool.org>

Hello Jared -- it has come to my attention that there has been a possible sexual assault involving the baseball team. ▮▮▮▮ discussed things with my wife but doesn't want to be a snitch. it happened to a 9th grader and involved sexual assault with a baseball bat.

Given the history of the baseball team players, I am gravely concerned with the culture of the program. We love Coach Russell but I am VERY CONCERNED with the assistant coaches.

I emailed Coach Russell also about this.

I hope that this is criminally investigated and since it has come to our attention, we are going to make sure that police get involved if not already.

Thanks, Matt Friez

**Exhibit 6-001**

Jared Lee <jlee@midlandchristianschool.org>                      Thu, Jan 27, 2022 at 10:27 AM
To: Dana Ellis <dellis@midlandchristianschool.org>, Matt Counts <mcounts@midlandchristianschool.org>, Greg McClendon <gmcclendon@midlandchristianschool.org>

FYI...see the email below from Matt Friez and my response.

In Him,
Jared

---------- Forwarded message ----------
From: **Jared Lee** <jlee@midlandchristianschool.org>
Date: Thu, Jan 27, 2022 at 10:27 AM
Subject: Re: baseball incident
To: Matt Friez <mattfriez@hotmail.com>

Good morning, Matt,
Thank you for reaching out to me. I want to assure you that we are aware of it and handled it appropriately. We, too, love Coach Russell and believe he can and will take our program to the next level. As far as your concern regarding the assistant coaches, please make those concerns known to Coach Russell, if you have not already, and if you still have concerns after talking to Coach Russell, per our policy, I ask that you meet with Coach McClendon. You have every right to contact the authorities but I do want to assure you that, based upon what we understand happened, we do not believe it requires a criminal investigation. Again, you are welcome to pursue that path but we are confident that we have handled this situation appropriately. May God bless you and I pray you have a wonderful Thursday!

In Him,
Jared Lee, Superintendent
Midland Christian School

**Exhibit 6-002**

Matt Friez <mattfriez@hotmail.com>  Thu, Jan 27, 2022 at 10:31 AM
To: Jared Lee <jlee@midlandchristianschool.org>

I am going to ask ▆▆▆▆ but if it is a sexual assault, I will definitely be contacting authorities if they have not been contacted. This is unacceptable if a baseball bat was used to penetrate the anus of a 9th grader which is what I have heard.

We also expect that parents be notified when things of this nature are going on.

Having an assistant coach, who is a bookie in town, up there after his son is expelled for sexual assault is very poor judgement in my opinion and it is ultimately your responsibilty I believe.

Thanks, Matt Friez

**Exhibit 6-003**

**Barry Russell** <brussell@mcs1.org>  Thu, Jan 27, 2022 at 10:39 AM
To: Matt Friez <mattfriez@hotmail.com>
Cc: ellis Dana <dellis@midlandchristianschool.org>

Hello.
I was out last week w COVID when the incident happened and was told about it on Monday. The problem has been dealt with and we will not have that problem anymore.
We have "discussed" this already with team and they know the consequences of anymore issues.
Coach Russell

**Exhibit 6-004**

**Matt Friez** <mattfriez@hotmail.com>  
To: Barry Russell <brussell@mcs1.org>  
Cc: ellis Dana <dellis@midlandchristianschool.org>

Thu, Jan 27, 2022 at 10:51 AM

Thank you coach for your response --

I am also very concerned about your assistant coaches also and would like to discuss.

I also believe the police need to be notified, a full criminal investigation performed, and that it could possibly be neglect of a child to not notify the authorities. I also could potentially lose my medical license if I do not investigate it further since it has come to my attention. I am going to do my best to find out what happened and will likely be required to report since I have become aware of cause.

Thanks, Matt Friez

**Exhibit 6-005**

**Matt Counts** <mcounts@midlandchristianschool.org>  Thu, Jan 27, 2022 at 10:54 AM
To: Jared Lee <jlee@midlandchristianschool.org>
Cc: Dana Ellis <dellis@midlandchristianschool.org>, Greg McClendon <gmcclendon@midlandchristianschool.org>

Thanks Jared,
Along with punishment from Coach Russell, ▮ will be serving ISS tomorrow.

**Exhibit 6-006**

**Matt Friez** <mattfriez@hotmail.com>  Thu, Jan 27, 2022 at 11:27 AM
To: Barry Russell <brussell@mcs1.org>, Jared Lee <jlee@midlandchristianschool.org>
Cc: ellis Dana <dellis@midlandchristianschool.org>

With all due respect, you all are not trained in determining the facts (nor am I). ▇▇▇▇ was directly told by the potential student victim, a child, that the student had his anus penetrated with a baseball bat. The authorities who are trained in sexual assault, need to be allowed to determine the facts, investigate the case and should be notified ASAP. In my profession we are required to do this and WILL lose our license if we do not. This could be interpreted as neglect of a child and failure to report if not done so.

Thanks, Matt Friez

**Exhibit 6-007**

Jared Lee <jlee@midlandchristianschool.org>  Thu, Jan 27, 2022 at 11:42 AM
To: Matt Friez <mattfriez@hotmail.com>

Matt,
In our thorough investigation, we have found no evidence of a bat penetrating the child's anus. I can assure you that if we had found any evidence of that happening, the authorities would have been notified immediately. I am sorry that you feel that you should have been notified. In these situations, we evaluate who needs to be notified and I assure you that we have notified the appropriate parents in this matter. I will certainly take your suggestion into consideration for future incidents. As for the assistant coach, I am unaware of him being a bookie but will definitely investigate your claim. As I have done in the past, I ask that you trust me and my team in all of these decisions as we truly do have the best interest of every student in mind and ultimately expect every program to strive for excellence and to glorify God. Again, thank you for reaching out to me and I pray you have a blessed day.

In Him,
Jared Lee, Superintendent

**Exhibit 6-008**

**Matt Friez** <mattfriez@hotmail.com>  
To: Jared Lee <jlee@midlandchristianschool.org>  
Thu, Jan 27, 2022 at 11:46 AM

My own son told my wife that the student came out crying and reported that he was crying because older baseball players stuck a baseball bat far up his anus. This MUST be investigated by the police. You all are not trained to forensically investigate this and also have great conflicts of interest in doing so.

Thanks, Matt Friez

**Exhibit 6-009**

**Matt Friez** <mattfriez@hotmail.com>  
To: Jared Lee <jlee@midlandchristianschool.org>  
Thu, Jan 27, 2022 at 11:50 AM

In sexual assault cases, the victim or potential victim needs to be able to discuss it with trained officers who can determine the facts. School administrators and coaches, and even parents, for a variety of reasons, are not in a position to be this person.

Physicians are not either. This has to be reported. I cannot believe that it has not been.

Thanks, Matt Friez

**Exhibit 6-010**

**Jared Lee** <jlee@midlandchristianschool.org>  Thu, Jan 27, 2022 at 11:54 AM
To: Matt Friez <mattfriez@hotmail.com>
Cc: Barry Russell <brussell@mcs1.org>, ellis Dana <dellis@midlandchristianschool.org>

Matt,
I want to assure you that as educators we are trained in the determination of whether or not authorities should be called and in our investigation we have found that at no time did a bat penetrate the anus of another student. This is our profession, our livelihood and our ministry - I can assure you that if we believed a report was required, based upon our investigation, we would have done so. You are welcome to make a report based upon your son's perception and information he gave to you, but I can tell you that after many interviews with the players involved, there has been no evidence of a sexual assualt. Again, I ask that you trust us, as professionals, to conduct the business of the school in a way that is in the best interest of ▮▮▮▮ and all the other children we are blessed to work with.

In Him,
Jared Lee, Superintendent
Midland Christian School

**Exhibit 6-011**

**Matt Friez** <mattfriez@hotmail.com>  
To: Jared Lee <jlee@midlandchristianschool.org>  
Thu, Jan 27, 2022 at 12:51 PM

do you have school policy available for us as parents to review concerning the reporting of sexual assaults of children?

███ claimed that he was directly told by the student that his anus was penetrated far up with a bat. Is that not enough to notify the police?

Thanks, Matt Friez

**Exhibit 6-012**

**Jared Lee** <jlee@midlandchristianschool.org>  Thu, Jan 27, 2022 at 1:54 PM
To: Matt Friez <mattfriez@hotmail.com>

Matt,
No sir, we do not make our employee policies publically available. As I have said, we followed our policy, which is in line with Texas law, regarding this incident. ▇▇▇▇ account of what happened, when he did not witness it, is considered hearsay and is not backed up by the evidence we collected during the course of our investigation.

Matt, with all due respect, this will be my last email to you regarding this situation and again ask that you trust us, our practice and policies when it comes to the wellbeing of our students.

In Him,
Jared Lee, Superintendent
Midland Christian School

**Exhibit 6-013**

**Matt Friez** <mattfriez@hotmail.com>  
To: Jared Lee <jlee@midlandchristianschool.org>  
Thu, Jan 27, 2022 at 2:07 PM

I respect your training as educators and administrators. I am also trained in forensics including forensic psychiatry and the forensics of sexual abuse and sexual crimes. I am also bound by duty to my profession and the state to have to report certain things. I do not want to know and will not ask who potentially did the crime but I believe that there may have been a crime. I am going to discuss it with my son, who seemed somewhat fearful himself to my wife when he told it, and if I find him to be credible will be forced to notify the police. This would be the same if my son were the accused or the victim.

I am very aware as I am sure you are that there are many reasons that things can be over-exaggerated in this area and also many reasons that things can get understated or later denied for fear, shame, guilt, embarassment, etc. I believe that the police are best equipped and trained, with the least conflicts of interest, are the best to sort that out in investigating and determining the facts.

THank you for your correspondence

Thanks, Matt Friez

**Exhibit 6-014**

**Matt Friez** <mattfriez@hotmail.com>  
To: Jared Lee <jlee@midlandchristianschool.org>

Thu, Jan 27, 2022 at 3:15 PM

I was discussing this with my partners and they brought up another point -- you all are assuming enormous liability by investigating it yourselves and not reporting it. They all agreed that I must report it if my son claims this is what happened.

Thanks, Matt Friez

**Exhibit 6-015**

**Matt Friez** <mattfriez@hotmail.com>  Thu, Jan 27, 2022 at 8:26 PM
To: Dana Ellis <dellis@midlandchristianschool.org>, Tara Friez <tarafriez@hotmail.com>

Thank you for the discussion. As I said, my son is terrified that he will end up getting assaulted or threatened if kids find out that I reported it but I told him I am legally obligated.

I also encourage you to consider recusing yourself from the situation if you believe you have a conflict of interest. I do not want anyone to be unfairly in trouble but if my son did what is alleged I would want full accountability so he could learn his lesson. Baseball culture is notorious for being "alpha male" but those older kids need to be strong and courageous and protect and mentor the younger ones. This is abusive, toxic and possibly criminal culture currently and it must end.
Allowing it to continue will result in more abuse and possible assault and will inevitably lead to bigger trouble in the future for these kids and their future families.

**Exhibit 6-016**

**Matt Friez** <mattfriez@hotmail.com>  Tue, Feb 1, 2022 at 1:04 PM
To: Dana Ellis <dellis@midlandchristianschool.org>, Tara Friez <tarafriez@hotmail.com>

we would like a meeting with you and Coach Russell; Mr. Lee also if possible. A couple other parents also want to join in.

Besides what appears to be a coverup/inadequate investigation of the locker room incident that is likely a sexual assault, or at least believed to be by many 9th graders, our son was threatened after practice with sexual assault on Thursday night. I informed both you and Mr. Lee of this last Thursday and it has not been addressed for some reason. He is out sick today but is very disturbed/traumatized and unhappy. Baseball is usually by far his favorite activity but he does not want to go.

Thanks, Matt Friez

**Exhibit 6-017**

**Dana Ellis** <dellis@midlandchristianschool.org>  Tue, Feb 1, 2022 at 2:45 PM
To: Geta Mitchell <gmitchell@midlandchristianschool.org>, Jared Lee <jlee@midlandchristianschool.org>, Matt Friez <mattfriez@hotmail.com>

Mr. Friez
I spoke with Mr. Lee and in order to stay true to our policies and practices you will need to first speak with Coach Russell, then Coach McClendon (Athletic Director) about your concerns. If you feel that your concerns have not been addressed at that time you can then request a meeting with Mr. Lee. Also in alignment with our policies and practices we do not have meetings with parents as a group. We like the opportunity to meet with each family separately so we can hear what is going on specifically with your child and address their needs.

In regards to the threatening claims that you are referring to, it has been addressed several times with the team at practice since we were notified. I asked you when you brought it to my attention about bringing ▇ down to discuss it with him and you said not to because "you did not want him to be singled out" so we handled the situation the best we could with the information that we had in respect of your wishes. I am sorry to hear that ▇ is so unhappy and hope we are able to help him work through this.
[Quoted text hidden]
--
Have a blessed day,

Dana Ellis
Midland Christian School
Secondary Principal
432-694-1661

MIDLAND
CHRISTIAN SCHOOL

**Exhibit 6-018**