IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JARED LEE, DANA ELLIS, MATTHEW COUNTS, GREGORY MCCLENDON, and BARRY RUSSELL, <br><br> v. <br><br> CITY OF MIDLAND, JENNIE ALONZO, ROSEMARY SHARP, and CAMILO FONSECA | § § § § § § § § § § § § § Civil Action No. 7:22-cv-185 <br><br> JURY TRIAL DEMANDED |

ORDER

Defendants City of Midland's, Officer Jennie Alonzo's, Sergeant Rosemary Sharp's, and Officer Camilo Fonseca's motion to dismiss the claims against them is **GRANTED.** It is therefore;

**ORDERED** that Plaintiffs' claims against Defendants City of Midland, Officer Jennie Alonzo, Sergeant Rosemary Sharp, and Officer Camilo Fonseca, are **DISMISSED WITH PREJUDICE.**

SIGNED on this ____ day of _____, 2022.

_____
Barbara M.G. Lynn
United States District Judge