IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| Jared Lee, et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § § | Civil Action No. 7:22-cv-0185 |
| City of Midland, et al., | | |
| Defendants. | | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Response to Defendants' Motion to Dismiss. ECF No. 21. The Motion is GRANTED. The deadline for Plaintiffs Jared Lee, Dana Ellis, Matthew Counts, Gregory McClendon, and Barry Russell to respond to Defendants' Motion to Dismiss (ECF No. 21) is December 8, 2022.

**SO ORDERED**.

November 7, 2022.

_____
BARBARA M. G. LYNN
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS