IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| Jared Lee, et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § | Civil Action No. 7:22-cv-0185 |
| City of Midland, et al., | | |
| Defendants. | § § § § | |

### ORDER

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Amended Complaint as a Matter of Course. ECF No. 23. The Motion is **GRANTED.** The deadline for Plaintiffs Jared Lee, Dana Ellis, Matthew Counts, Gregory McClendon, and Barry Russell to file an amended complaint as a matter of course is November 22, 2022.

**SO ORDERED**.

November 16, 2022.

_____
BARBARA M. G. LYNN
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS