IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JARED LEE, DANA ELLIS, MATTHEW COUNTS, GREGORY MCCLENDON, and BARRY RUSSELL, <br><br> Plaintiffs, <br> v. <br><br> CITY OF MIDLAND, JENNIE ALONZO, ROSEMARY SHARP, and CAMILO FONSECA <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 7-22-cv-0185 <br><br> JURY DEMANDED |

## JOINT ADVISORY TO THE COURT

Counsel for Plaintiffs and Defendants have conferred.  The parties agree that Plaintiffs' First Amended Complaint [ECF No. 27] moots Defendants' Motion to Dismiss [ECF No. 20] such that a response by Plaintiffs to Defendants' motion would be unnecessary.  Defendants will file its Motion to Dismiss Plaintiffs' First Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a)(3) and any further order of this Court.

                                                      Respectfully submitted,

                                                      By: /s/ Rusty Hardin
                                                            Rusty Hardin
                                                            *Attorney-in-Charge*
                                                            Texas State Bar No. 08972800

OF COUNSEL:

**RUSTY HARDIN & ASSOCIATES, LLP**
Lara Hollingsworth
Texas State Bar No. 00796790
John G. MacVane
Texas State Bar No. 24085444
Aisha Dennis

Texas State Bar No. 24128655
1401 McKinney Street, Suite 2250
Houston, Texas  77010
Telephone:  (713) 652-9000
Facsimile:  (713) 652-9800
Email:  rhardin@rustyhardin.com
Email:  lhollingsworth@rustyhardin.com
Email:  jmacvane@rustyhardin.com
Email:  adennis@rustyhardin.com

**LAW OFFICES OF JEFF PARRAS**

  */s/ Jeffrey Parras*
Jeffrey Parras
Texas State Bar No. 00792741
908 West Wall Street
Midland, Texas  79701
Telephone:  (432) 687-1606
Facsimile:  (432) 687-1607
Email:  jparras@parraslaw.net

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs have conferred with counsel for Defendants and determined that Defendants' counsel joins in this advisory to the Court.

  */s/ John MacVane*
John MacVane


## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2022 a true and correct copy of the above pleading filed via the CM/ECF system which served the document on all counsel of record.

  */s/ John MacVane*
John MacVane