IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JARED LEE, DANA ELLIS, MATTHEW COUNTS, GREGORY MCCLENDON, and BARRY RUSSELL,<br><br>　　Plaintiffs,<br>v.<br><br>CITY OF MIDLAND, JENNIE ALONZO, ROSEMARY SHARP, and CAMILO FONSECA<br><br>　　Defendants. | §§§§§§§§§§§§§<br><br>Civil Action No. 7-22-cv-0185<br><br>JURY DEMANDED |

## **ORDER**

Before the Court is the parties' Joint Advisory to the Court informing the Court that the parties agree Plaintiffs' First Amended Complaint [ECF No. 27] moots Defendants' Motion to Dismiss [ECF No. 20]. Accordingly, the deadline for Defendant to file its response to Plaintiffs' Amended Complaint is December 20, 2022.

**SO ORDERED**.

December ___, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BARBARA M. G. LYNN
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF TEXAS