# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

| | | |
|---|---|---|
| Jared Lee, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 7:22-cv-0185 |
| | § | |
| City of Midland, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Time to Serve and File Response to Plaintiffs' Complaint.  ECF No. 30.  The Motion is **GRANTED.**  The deadline for Defendant Officers Jennie Alonzo, Rosemary Sharp, Camilo Fonseca, and the City of Midland, Texas to answer or otherwise respond to the Amended Complaint is January 6, 2023.

**SO ORDERED**.

December 19, 2022.

BARBARA M. G. LYNN
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS