# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | | |
|---|---|---|
| Jared Lee, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:22-cv-0185 |
| City of Midland, et al., | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Defendants' Motion to Dismiss the Claims Asserted in Plaintiffs' Amended Complaint. ECF No. 32. Oral argument is **SET** for **May 16, 2023, at 12:00 p.m. CST**. Counsel should convene in Courtroom 3, 200 East Wall, Midland, TX 79701, and be prepared to argue the Motion to Dismiss.

**SO ORDERED**.

March 31, 2023.

_____
BARBARA M. G. LYNN
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS