IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JARED LEE, DANA ELLIS, MATTHEW COUNTS, GREGORY MCCLENDON, and BARRY RUSSELL, | § § § § § | |
| Plaintiffs, | § | Civil Action No. 7-22-cv-0185 |
| v. | § | |
| CITY OF MIDLAND, JENNIE ALONZO, ROSEMARY SHARP, and CAMILO FONSECA | § § § § | JURY DEMANDED |
| Defendants. | § § | |

**JOINT NOTICE OF SETTLEMENT CONFERENCE**

Pursuant to this Court's Scheduling Order, [Doc. No. 77], at ¶10, Plaintiffs Jared Lee, Dana Ellis, Matthew Counts, Gregory McClendon, and Barry Russell (collectively, "Plaintiffs") and Defendants City of Midland, Jennie Alonzo, Rosemary Sharp, and Camilo Fonseca (collectively, "Defendants") jointly file Notice of Settlement Conference.

Pursuant to this Court's Scheduling order, the parties met telephonically to discuss the settlement of this case on December 16, 2024.

The participants in the conference were:

a. Rusty Hardin, Kendall Speer, and John MacVane (counsel for the Plaintiffs);

b. Jared Lee, Dana Ellis, Barry Russell, and Gregory McClendon (Plaintiffs, who were available on a separate call to discuss matters raised on the conference between counsel);

c. Bill Helfand (lead counsel for the Defendants); and

d. Defendants and the City of Midland's designated representative, who were available on a separate call to discuss matters raised on the conference between counsel.

The parties made good faith efforts to settle the case but the case did not settle during this conference. The parties' counsel agree that settlement discussions would likely be more productive following resolution of the pending motions for summary judgment and other motions, which are currently set for hearing on December 19, 2024. The parties agreed to reconvene discussions after resolution of those motions.

RESPECTFULLY SUBMITTED:

 */s/ Russell Hardin*
Counsel for Plaintiffs
Russell Hardin, Jr.
*Attorney-in-Charge*
Texas State Bar No. 08972800

OF COUNSEL:
RUSTY HARDIN & ASSOCIATES, LLP
John MacVane
Texas State Bar No. 24085444
Kendall Speer
Texas State Bar No. 24077954
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
Email: rhardin@rustyhardin.com
Email: jmacvane@rustyhardin.com
Email: kspeer@rustyhardin.com

and

Jeffrey Parras
Texas State Bar No. 00792741
908 West Wall Street
Midland, Texas 79701
Telephone: (432) 687-1606
Facsimile: (432) 687-1607
Email: jparras@parraslaw.net

**ATTORNEYS FOR PLAINTIFFS**

 */s/ Norman Ray Giles*
Counsel for Defendants
William S. Helfand
*Attorney-in-Charge*
Texas State Bar No. 09388250

OF COUNSEL:
LEWIS BRISBOIS BISGAARD & SMITH, LLP
Norman Ray Giles
Texas State Bar No. 24014084
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 659-6767
Facsimile: (713) 759-6830
bill.helfand@lewisbrisbois.com
norman.giles@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on the 18th day of December, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

WILLIAM S. HELFAND
NORMAN RAY GILES
24 Greenway Plaza, Suite 1400
Houston, Texas  77046

                                     */s/ John MacVane*
                                     John MacVane