IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JARED LEE, et al., § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 7:22-cv-0185 |
| § | |
| § | |
| CITY OF MIDLAND, et al, § | |
| Defendants. § | |

## **JUDGMENT**

On July 25, 2025, the Court entered its Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment as to Plaintiffs' claims against Camilo Fonseca.

It is therefore ORDERED, ADJUDGED AND DECREED that judgment is entered for Defendant Camilo Fonseca on his motion for summary judgment regarding the Plaintiffs' claims. Pursuant to Federal Rule of Civil Procedure 54(b), the court expressly determines that there is no just reason for delay and directs the Clerk of the Court to enter this as a final judgment.

SO ORDERED this 30th day of July, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE