UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JARED LEE, et al., § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § Civil Action No. 7:22-CV-0185-BDS <br> § <br> CITY OF MIDLAND, et al., § <br> § <br> *Defendants*. § <br> § | |

## ORDER

This case was recently reassigned to the undersigned. The Court **ORDERS** the remaining parties to meet and confer and to provide a status report within 14 days of this order to propose trial dates between now and the end of this calendar year. The Court **INSTRUCTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.

**IT IS SO ORDERED** this 14th day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1